CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

November 05, 2024
LAURA A. AUSTIN, CLERK
BY: /s/T. Taylor
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WAKEEL ABDUL-SABUR,<br>    Plaintiff, | Civil Action No. 7:24-cv-00560 |
| v. | **MEMORANDUM OPINION** |
| DIRECTOR CHADWICK S. DOTSON,<br>et al.,<br>    Defendant(s). | By:  Michael F. Urbanski<br>Senior United States District Judge |

Plaintiff, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. §1983. By order entered September 17, 2024, the court directed plaintiff to submit within 30 days from the date of the order a prisoner trust account report (or institutional equivalent) for the month of February. The prisoner trust account report must be filled out, signed, and dated by the appropriate prison official of each prison at which plaintiff is or was confined that month. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 30 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions. The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 5th day of November, 2024.

                                            Mike Urbanski
                                            Senior U.S. District Judge
                                            2024.11.05 14:40:54
                                            -05'00'

                                      Senior United States District Judge